396 A.2d 48

Commonwealth v. Ryan, Appellant.

Submitted March 21, 1978.

Roy H. Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., dissented.

HOFFMAN, J., did not participate in the consideration or decision of this case.